■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL PAXHIA, Appellant, v EDWARD R. DONNELLY, as Superintendent of Wende Correctional Facility, Respondent. [737 NYS2d 324] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (Whelan, J.), entered May 10, 2000, which denied the petition seeking a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Because the contention of petitioner that evidence was improperly admitted at trial could have been raised on direct appeal or pursuant to CPL article 440, habeas corpus is not an appropriate remedy (see, People ex rel. Douglas v Vincent, 50 NY2d 901, 903; People ex rel. Batista v Walker, 198 AD2d 865, lv denied 83 NY2d 752). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD CHRISTY, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [737 NYS2d 325] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (McCarthy, J.), entered October 4, 2000, which dismissed the petition seeking a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly dismissed the petition seeking a writ of habeas corpus based on the failure of petitioner to exhaust his administrative remedies (see, People ex rel. Layne v Warden of W. Facility, 242 AD2d 415; People ex rel. Childs v Bennett, 231 AD2d 951, 952, lv denied 89 NY2d 802). We have considered petitioner's remaining contentions, including those raised in the pro se supplemental brief, and conclude that they lack merit. Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.